UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE HARLEY, | ) | |
| Movant, | ) | |
| v. | ) | No. 1:14-CV-00053-SNLJ |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of movant's motion to vacate, brought pursuant to 28 U.S.C. § 2255 [Doc. #1]. After reviewing the motion to vacate, the Court has determined that the instant action is duplicative of an action also brought by movant, pursuant to § 2255, filed on April 17, 2014, that is currently pending in this Court. *See Harley v. USA*, 1:14-CV-00051-SNLJ (E.D. Mo.). As a result, the Court shall instruct the Clerk of Court to administratively terminate the instant action, in favor of judicial economy.

Accordingly,

**IT IS HEREBY ORDERED** that the instant motion to vacate, brought pursuant to 28 U.S.C. § 2255, shall be **ADMINISTRATIVELY TERMINATED** by the Clerk of Court as duplicative.

Dated this 24th day of April, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE